## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br>   Leon M Benford, Jr.<br>   Trina M Benford<br>        Debtor(s) | Case No. 15 B 36671 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/28/2015.

2) The plan was confirmed on 04/26/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/23/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/01/2016, 10/03/2017.

5) The case was Dismissed on 10/30/2017.

6) Number of months from filing to last payment: 24.

7) Number of months case was pending: 30.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $28,391.40 |
| Less amount refunded to debtor | $2,298.44 |

**NET RECEIPTS:** $26,092.96

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,695.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,127.27 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,822.27

Attorney fees paid and disclosed by debtor:   $700.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| American Express Centurion | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| American Express Centurion | Unsecured | 1,019.78 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 0.00 | 2,844.73 | 2,844.73 | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 789.14 | NA | NA | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 1,158.54 | 1,158.54 | 1,158.54 | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 750.13 | 750.13 | 750.13 | 0.00 | 0.00 |
| Ashro Lifestyle | Unsecured | 220.91 | 220.91 | 220.91 | 0.00 | 0.00 |
| AT&T Wireless | Unsecured | 2,999.80 | NA | NA | 0.00 | 0.00 |
| Atlas Acquisitions LLC | Unsecured | 0.00 | 390.00 | 390.00 | 0.00 | 0.00 |
| Atlas Acquisitions LLC | Unsecured | 0.00 | 559.00 | 559.00 | 0.00 | 0.00 |
| Bank Of New York Mellon | Secured | 74,150.52 | 74,105.52 | 74,105.52 | 21,020.69 | 0.00 |
| Bank Of New York Mellon | Secured | 177,425.96 | 215,262.59 | 215,262.59 | 0.00 | 0.00 |
| Capital One | Unsecured | 450.40 | NA | NA | 0.00 | 0.00 |
| Central Furniture | Unsecured | 1,452.00 | NA | NA | 0.00 | 0.00 |
| Central Furniture | Unsecured | NA | 1,322.33 | 1,322.33 | 0.00 | 0.00 |
| Central Furniture | Secured | 250.00 | 250.00 | 250.00 | 250.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 11,000.00 | 10,461.96 | 10,461.96 | 0.00 | 0.00 |
| Collection Company Of | Unsecured | 302.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison Company | Unsecured | 3,704.12 | 4,905.56 | 4,905.56 | 0.00 | 0.00 |
| Credit One Bank Na | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Debt Credit Services | Unsecured | 234.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 80,654.00 | 69,477.03 | 69,477.03 | 0.00 | 0.00 |
| Dr Leonards/Carol Wrig | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| Drive Financial | Unsecured | 9,589.00 | NA | NA | 0.00 | 0.00 |
| ECast Settlement Corp | Unsecured | 379.85 | NA | NA | 0.00 | 0.00 |
| Figi's Companies Inc | Unsecured | 0.00 | 161.96 | 161.96 | 0.00 | 0.00 |
| First Bk Of De/contine | Unsecured | 474.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 281.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 373.02 | NA | NA | 0.00 | 0.00 |
| Ginnys/Swiss Colony Inc | Unsecured | 320.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

Case 15-36671  Doc 94  Filed 05/07/18  Entered 05/07/18 18:19:07  Desc  Page 3 of 4

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Dept of Revenue 0414 | Unsecured | 1,044.80 | 1,639.40 | 1,044.80 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 1,903.28 | 7,215.99 | 1,970.73 | 0.00 | 0.00 |
| Illinois Title Loans | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 4,311.56 | 13,737.90 | 8,225.13 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 21,969.62 | 12,337.91 | 12,337.91 | 0.00 | 0.00 |
| Jeffro Furniture Company | Unsecured | 519.00 | NA | NA | 0.00 | 0.00 |
| Massey's | Unsecured | 264.84 | 264.84 | 264.84 | 0.00 | 0.00 |
| Monterey Financial Services | Unsecured | 240.29 | NA | NA | 0.00 | 0.00 |
| Monterey Financial Services | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 2,880.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 2,839.62 | 2,878.73 | 2,878.73 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 0.00 | 724.89 | 724.89 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 353.23 | 350.23 | 350.23 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 306.00 | 306.83 | 306.83 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 461.76 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 294.28 | 294.28 | 294.28 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 541.00 | 541.65 | 541.65 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 898.00 | 898.44 | 898.44 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 0.00 | 299.71 | 299.71 | 0.00 | 0.00 |
| Rise Credit | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| Seventh Avenue | Unsecured | 0.00 | 320.54 | 320.54 | 0.00 | 0.00 |
| Sprint Corp | Unsecured | 745.16 | 745.16 | 745.16 | 0.00 | 0.00 |
| Sprint Nextel | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Stellar Recovery | Unsecured | 591.00 | NA | NA | 0.00 | 0.00 |
| TK Financial | Unsecured | 457.00 | NA | NA | 0.00 | 0.00 |
| Torres Credit Srv | Unsecured | 1,407.00 | NA | NA | 0.00 | 0.00 |
| Webbank-Fingerhut | Unsecured | 2,149.75 | NA | NA | 0.00 | 0.00 |
| Wisconsin Cheeseman | Unsecured | 289.17 | 289.17 | 289.17 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $215,262.59 | $0.00 | $0.00 |
| Mortgage Arrearage | $74,105.52 | $21,020.69 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $250.00 | $250.00 | $0.00 |
| **TOTAL SECURED:** | **$289,618.11** | **$21,270.69** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $10,195.86 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$10,195.86** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$113,549.33** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,822.27 |
| Disbursements to Creditors | $21,270.69 |
| **TOTAL DISBURSEMENTS** : | **$26,092.96** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/07/2018      By: /s/ Marilyn O. Marshall
                                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**